**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FREDERICK O. JONES, JR., and FREDERICK
O. JONES,

        Plaintiffs,

                                   Case No. 16-11206

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting in the Magistrate Judge's Report and Recommendation; (3) Denying Plaintiff's Motion for Summary Judgment; and (4) Granting Defendant's Motion for Summary Judgment," dated July 31, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favour of Defendant, Commissioner of Social Security, and against Plaintiff, Frederick O. Jones, Jr., *on behalf of deceased* Frederick O. Jones. Dated at Port Huron, Michigan, this 31st day of July 2017.

                                  s/Robert H. Cleland_____
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated:   July 31, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2017, by electronic and/or ordinary mail.

                                    s/Lisa Wagner_____
                                  Case Manager and Deputy Clerk
                                  (810) 191-6522